**K&L GATES LLP**
10100 Santa Monica Boulevard
Seventh Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Robert E. Feyder (SBN 130688)
 *robert.feyder@klgates.com*
Kevin S. Asfour (SBN 228993)
 *kevin.asfour@klgates.com*

Attorneys for Defendants Wells Fargo Bank, N.A. (sued as its dba, America's Servicing Company) and U.S. Bank National Association, as Trustee for SABR 2006-NC2

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE SAUL RODRIGUEZ, an individual, | Case No. SACV11-00341 CJC (RNBx) |
| Plaintiff, | **FINAL JUDGMENT** |
| vs. | Assigned to Hon. Cormac J. Carney |
| NDEX WEST, LLC; U.S. BANK NATIONAL ASSOCIATION, as Trustee for SABR 2006-NC2; AMERICA'S SERVICING COMPANY; and DOES 1 through 100, inclusive, | |
| Defendants. | |

# FINAL JUDGMENT OF THE COURT

For the reasons set forth in the Court's July 28, 2011 Order (Dkt. No. 18), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's First Amended Complaint, and each and every claim alleged therein, is DISMISSED WITH PREJUDICE and without leave to amend. Accordingly, judgment is hereby entered in favor of all Defendants.

Dated: August 1, 2011

_____
Hon. Cormac J. Carney
U.S. DISTRICT COURT JUDGE